IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE EARL JONES, III,<br>Plaintiff,<br>v.<br>S. MAXIM, et al.,<br>Defendants. | No. 2:25-cv-2894-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 13) |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 9, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed April 9, 2026, ECF No. 13, are ADOPTED;

2. Plaintiff's retaliation claim is dismissed for failure to state a claim;

3. Plaintiff's Eighth Amendment claim based on denial of meals is dismissed for failure to state a claim;

4 Defendant Garinica is dismissed with prejudice;

5. This action shall proceed on Plaintiff's original complaint as to the following claims and defendants: (a) Plaintiff's First Amendment claim based on denial of kosher meals as against Defendant Maxim; and (b) Plaintiff's equal protection claim against Defendants Delgado and Maxim; and

6. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 4, 2026**

Dena Coggins
United States District Judge